# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 4, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145109 & (14)

DEPARTMENT OF ENVIRONMENTAL
QUALITY,
      Plaintiff-Appellee,

v

        SC: 145109
        COA: 308570
        Ingham CC: 11-000638-CE

EMIL J. ADAMS,
       Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the April 3, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should now be reviewed by this Court. The motion to stay is DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 4, 2012

_____
Clerk

p0827